Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; DISH NETWORK L.L.C.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FACTOR TRUST, INC.; KOHL'S / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>  Defendants. | CASE NO. 2:24-cv-00307<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant Discover Bank ("Discover") to respond to Plaintiff Krysta Tremko's ("Plaintiff") complaint is March 15, 2024.  Discover has requested, and Plaintiff has agreed, that Discover shall have up to and including March 29, 2024 to respond, as the parties are currently discussing a potential early resolution of the claims asserted against Discover.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

Dated: March 13, 2024.

| BALLARD SPAHR LLP | LAW OFFICES OF MILES N. CLARK, LLC |
|---|---|
| By: /s/ *Madeleine Coles*<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ *Miles N. Clark*<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Plaintiff Krysta Tremko* |

**ORDER**

IT IS SO ORDERED:

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 3/15/2024