Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89125
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc.*
*and Clarity Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; DISH NETWORK L.L.C.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; FACT TRUST, INC.; KOHL'S / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC;<br><br>　　　　　Defendants. | Case No. 2:24-cv-00307-JCM-MDC<br><br>**DEFENDANTS CLARITY SERVICES, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

　　　　Defendants Clarity Services, Inc. ("Clarity") and Experian Information Solutions, Inc. ("Experian) and Plaintiff Krysta Tremko ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity and Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed her Complaint on February 13, 2024, and currently, Clarity and Experian's responsive pleading is due March 20, 2024. (ECF No. 1.) Clarity and Experian have just retained counsel in this matter. The first extension will allow Clarity and Experian an opportunity to

investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation. Plaintiff, Experian, and Clarity stipulate and agree that Clarity and Experian shall have an extension until April 19, 2024, to file their responsive pleadings.

This is Clarity and Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Clarity and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this <u>14th</u> day of March 2024.

| | |
|---|---|
| NAYLOR & BRASTER | LAW OFFICES OF MILES N. CLARK, LLC |
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> 10100 W. Charleston Blvd., Suite 120 <br> Las Vegas, NV 89135 | By: */s/ Miles N. Clark* <br> Miles N. Clark <br> Nevada Bar No. 13848 <br> 5510 S. Fort Apache Rd. Suite 30 <br> Las Vegas, NV 89148 |
| *Attorneys for Defendants Experian Information Solutions, Inc. and Clarity Services, Inc.* | *Attorneys for Plaintiff Krysta Tremko* |

**IT IS SO ORDERED.**

Dated this 20th day of March 2024.

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE