BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Defendant Chex Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; DISH NETWORK L.L.C.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FACTOR TRUST, INC.; KOHL'S / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>　　　　　Defendant. | Case No.  2:24-cv-00307<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHEX SYSTEMS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Defendant Chex Systems, Inc., ("ChexSystems") and Plaintiff Krysta Tremko ("Plaintiff"), by and through their counsel, hereby respectfully submit this stipulation to extend time for ChexSystems to respond to Plaintiff's Complaint.  This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1.  This is the first request for extension of time to respond to Plaintiff's Complaint.

///

Plaintiff filed her Complaint on February 15, 2024, and ChexSystems was served with the Complaint on March 4, 2024. Accordingly, ChexSystems's response to Plaintiff's Complaint is currently due March 25, 2024. Upon ChexSystems' request and good cause shown, Plaintiff has agreed to a twenty-one (21) day extension for ChexSystems's to respond to Plaintiff's Complaint. Good cause exists to grant the stipulation as an additional twenty-one (21) days are needed to allow ChexSystems to investigate Plaintiff's allegations, including a review of relevant documents. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Chex Systems agree that ChexSystems shall have up to and including April 21, 2024, to file a responsive pleading to Plaintiff's Complaint.

This Stipulation is made in good faith and not for purposes of delay.

THEREFORE, Defendant Chex Systems, Inc., shall have up to and including April 21, 2024, to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 22nd day of March 2024.

LAW OFFICES OF MILES N. CLARK, LLC

By: *Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 S. Fort Apache Rd., Suite 30
Las Vegas, Nevada 89148
Tel: (702) 856-7430
miles@milesclarklaw.com
*Attorneys for Plaintiff
Krysta Tremko*

DATED this 22nd day of March 2024.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By:/s/ *Brody R. Wight*
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Defendant Chex Systems, Inc*

**ORDER**
**IT IS SO ORDERED**

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: March 22, 2024