MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
SCHNITZER WATSON &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
mesposito@sjwlawfirm.com
*Attorneys for Defendant*
*Kohls / Capone*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; DISH NETWORK LLC.; EQUIFAX INFORMTION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; FACTOR TRUST, INC.; KOHL'S / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>　　　　Defendants, | Case No.: 2:24-cv-00307<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE** |

　　　　Plaintiff, Krysta Tremko, (hereinafter "Plaintiff"), by and through its attorneys of record, the law offices of MILES N. CLARK, LLC. and KOHL'S INC. / CAPONE (hereinafter "Defendant"), by and through its attorneys of record, the law firm SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

　　　　1. Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act on February 13, 2024;

　　　　2. Plaintiff and Defendant have agreed to continue Defendant's responsive deadline until April 26, 2024;

　　　　3. This continuance will allow Defendant to marshal and review its records pertaining

to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits of the same.

4. This is the first stipulation between the Plaintiff and Defendant to extend the time for Defendant to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

DATED this 5th day of April, 2024.

SCHNITZER JOHNSON & WATSON, CHTD.

/s/ Michael R. Esposito, Esq.
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant*
*Kohl's / Capone.*

DATED this 5th day of April, 2024.

MILES N. CLARK, ESQ.

/s/ Miles N. Clark, Esq.
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
5510 S. Fort Apache Rd, Suite 30
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*
*Kay Aguero*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/8/2024