Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Mason Companies, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>   Plaintiff,<br><br>v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; DISH NETWORK L.L.C.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FACTOR TRUST, INC.; KOHL'S / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>   Defendants. | CASE NO.  2:24-cv-00307-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MASON COMPANIES, INC. TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The current deadline for Defendant Mason Companies, Inc. ("Mason") to respond to Plaintiff Krysta Tremko's ("Plaintiff") complaint is April 17, 2024. Mason has requested, and Plaintiff has agreed, that Discover shall have up to and including May 8, 2024 to respond, to provide time for Mason to investigate the claims asserted against it, and for the parties to discuss a potential early resolution of the case.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

DMFIRM #411983830 v1

Dated: April 15, 2024.

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICES OF MILES N. CLARK, LLC |
| By: /s/ *Madeleine Coles* | By: /s/ *Miles N. Clark* |
| Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, Nevada 89148 |
| *Attorneys for Defendant Mason Companies, Inc.* | *Attorneys for Plaintiff Krysta Tremko* |

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 4/19/2024

DMFIRM #411983830 v1

2