Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Krysta Tremko*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>  Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISH NETWORK L.L.C.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FACTOR TRUST, INC.; KOHLS / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>  Defendants. | Case No. 2:24-cv-00307-APG-MDC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CHEX SYSTEMS, INC., WITH PREJUDICE**<br><br>Complaint filed: February 13, 2024<br><br>Assigned to Hon. Judge Andrew P. Gordon |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff KRYSTA TREMKO and CHEX SYSTEMS, INC. ("Chex") to be determined by this Court. Plaintiff and Chex hereby stipulate that all claims and causes of action that were or could have been asserted against Chex are hereby dismissed with prejudice, with court costs to be paid

//

by the party incurring same.

**IT IS SO STIPULATED.**
DATED: June 2, 2024.

| LAW OFFICES OF MILES N. CLARK, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| /s/ *Miles N. Clark* <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Email: miles@milesclarklaw.com <br> Phone: (702) 856-7430 <br><br> *Counsel for Plaintiff* <br> *Krysta Tremko* | /s/ *Brody R. Wright* <br> Brody R Wright, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste 200 <br> Las Vegas, NV 89123 (Nevada Office) <br> brody.wight@troutman.com <br> Phone: (470) 832-5562 <br><br> 600 Peachtree St. NE # 3000 <br> Atlanta, GA 30308 (Corporate Office) <br><br> *Counsel for Defendant* <br> *Chex Systems, Inc.* |
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** <br><br> /s/ *Chad C. Butterfield* <br> Chad C. Butterfield, Esq. <br> Nevada Bar No. 10532 <br> 6689 Las Vegas Blvd., South, Suite 200 <br> Las Vegas, Nevada 89119 <br> Phone: (702) 727-1400 <br> Fax: (702) 727-1401 <br> Email: chad.butterfield@wilsonelser.com <br><br> **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP** <br> David M. Krueger, Esq. <br> (*Admitted pro hac vice*) <br> Eric L. Zalud, Esq. <br> (*Admitted pro hac vice*) <br> 127 Public Square, Suite 4900 <br> Cleveland, OH 44114 <br> Phone: (216) 363-4500 <br> Fax: (216) 363-4588 <br> Email: dkrueger@beneschlaw.com <br> Email: ezalud@beneschlaw.com <br> *Counsel for Defendant* <br> *DISH Network L.L.C.* | **CLARK HILL PLLC** <br><br> /s/ *Gia N. Marina* <br> Gia N. Marina, Esq., <br> Nevada Bar No. 15276 <br> 1700 South Pavilion Center Drive, Suite 500 <br> Las Vegas, NV 89135 <br> Phone: (702) 862-8300 <br> Fax: (702) 778-9709 <br> Email: gmarina@clarkhill.com <br> *Counsel for Defendant* <br> *Equifax Information Services LLC* <br><br> **SKANE MILLS LLP** <br><br> /s/ *Sarai L. Thornton* <br> Sarai L. Thornton, Esq. <br> Nevada Bar No. 11067 <br> sthornton@skanemills.com <br> 1120 Town Center Drive, Suite 200 <br> Las Vegas, Nevada 89144 <br> Phone: (702) 363-2535 <br> Fax: (702) 363-2534 <br> *Counsel for Defendant* <br> *Trans Union LLC and Factor Trust, Inc.* |

| **SCHNITZER WATSON & JOHNSON, CHTD** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| /s/ *Michael R. Esposito*<br>Michael R. Esposito, Esq.<br>Nevada Bar No. 13482<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Phone: (702) 362-6666<br>Fax: (702) 362-2203<br>Email: mesposito@sjwlawfirm.com<br><br>*Counsel for Defendant*<br>*Kohls / Capone* | /s/ *J. Christopher Jorgensen*<br>J. Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>Brittni A. Tanenbaum, Esq.<br>Nevada Bar No. 16013<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Phone: (702) 949-8200<br>Fax: (702) 949-8398<br>Email: CJorgensen@lewisroca.com<br>Email: BTanenbaum@lewisroca.com<br><br>*Counsel for Defendant*<br>*Synchrony Bank* |
| **NAYLOR & BRASTER**<br><br>/s/ *Jennifer L. Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas NV 89125<br>Email: jbraster@nblawnv.com<br><br>*Counsel for Defendants*<br>*Experian Information Solutions, Inc.*<br>*and Clarity Services, Inc.* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF CHEX SYSTEMS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: _____June 3_____, 2024

U.S. DISTRICT COURT JUDGE

*Tremko v. Capital Bank, N.A., et al*
*Case No. 2:24-cv-00307-APG-MDC*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

3 of 3