# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Krysta Tremko,

          Plaintiff(s),

vs.

Capital Bank, *et al.*,

          Defendant(s).

**2:24-cv-00307-APG-MDC**

**Order**

For good cause shown and because the motion is unopposed, the Court **GRANTS** *Motion for Leave to File Documents* (**ECF No. 69**). *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.")

DATED this 4th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge