Chad C. Butterfield
Nevada Bar No. 10532
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com

David M. Krueger (admitted *pro hac vice*)
Ohio Bar No. 85072
Eric L. Zalud (admitted *pro hac vice*)
Ohio Bar No. 38959
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
(216) 363-4500; FAX (216) 363-4588
DKrueger@beneschlaw.com
EZalud@beneschlaw.com
*Attorneys for Defendant*
*DISH Network L.L.C.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRYSTA TREMKO,<br><br>                     Plaintiff,<br><br>v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.;<br>CLARITY SERVICES, INC.; DISCOVER<br>BANK; DISH NETWORK L.L.C.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; FACTOR TRUST, INC.; KOHL'S /<br>CAPONE; MASON COMPANIES INC.;<br>SYNCHRONY BANK; and TRANS UNION,<br>LLC,<br><br>                     Defendants. | Case No: 2:24-cv-00307-APG-MDC<br><br>**SURREPLY TO PLAINTIFF'S**<br>**OPPOSITION TO DISH'S MOTION TO**<br>**SEVER** |

– 1 –

297704585v.1

1    Plaintiff's Opposition[1] to DISH's Motion to Sever is predicated on the argument that

2    because Plaintiff also alleged claims against Co-Defendant Equifax, "the allegations against

3    Equifax and Dish are inextricably linked as a matter of law." (Opp. at pg. 2.) But Plaintiff has now

4    settled with Equifax, and Equifax will be imminently dismissed from this case. (*See* ECF No. 59.)

5    As a result, the entire basis for Plaintiff's Opposition to DISH's Motion to Sever is now

6    moot. Plaintiff's Opposition does not dispute that her claims against the remaining Co-Defendants,

7    Factor Trust, Kohl's, Synchrony, or TransUnion do not share any common issues of law or fact

8    with her claim against DISH.

9    The most Plaintiff states is that DISH's alleged inquiry appears on the same credit report

10   as the alleged inaccuracy of Synchrony. (Opp. at pg. 4.) But whether DISH allegedly obtained

11   Plaintiff's credit report without a permissible purpose on January 24, 2023, has nothing to do with

12   whether Synchrony was reporting inaccurate information regarding her account with Synchrony

13   and failed to conduct a reasonable investigation into her dispute. Indeed, Plaintiff previously

14   attempted to distinguish *Tataryan v. Chase Bank (USA) N.A.*, No. CV 12–08788 DDP (FMOx),

15   2013 WL 424778 (C.D. Cal. Feb. 1, 2013) on the basis that the case did not involve any consumer

16   reporting agency. (Opp. at pg. 4.) Yet, given Plaintiff's settlement with Equifax, *Tataryan* is now

17   indistinguishable and directly on point.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28

---

[1] Defined terms have the same meaning as set forth in DISH's Motion to Sever, (ECF No. 32), and Reply to Plaintiff's Opposition (ECF No. 50).

297704585v.1

1    In short, Plaintiff's settlement with Equifax moots the grounds upon which she opposed

2    severance. Plaintiff's claims against the remaining Co-Defendants have nothing to do with DISH,

3    and DISH's Motion should be granted.

4    Dated: June 6, 2024                    Respectfully Submitted By:

5

6                                          **BENESCH, FRIEDLANDER, COPLAN &
                                           ARONOFF LLP**

7                                          */s/ Chad C. Butterfield*

8                                          DAVID M. KRUEGER (OH Bar No. 0085072)
                                           (admitted pro hac vice)

9                                          ERIC L. ZALUD (OH Bar No. 0038959)
                                           (admitted pro hac vice)

10                                         127 Public Square, Suite 4900

11                                         Cleveland, Ohio 44114
                                           Telephone:  216.363.4500

12                                         Facsimile:  216.363.4588
                                           Email:  dkrueger@beneschlaw.com

13                                                 ezalud@beneschlaw.com

14

15                                         **WILSON ELSER**
                                           CHAD C. BUTTERFIELD (NV Bar No. 10532)

16                                         6689 Las Vegas Blvd. South, Suite 200
                                           Las Vegas, Nevada 89119

17                                         Telephone: 702.727.1400
                                           Facsimile: 702.727.1401
                                           Email:   chad.butterfield@wilsonelser.com

18

19                                         *Attorneys for Defendant DISH Network, L.L.C.*

20

21

22

23

24

25

26

27

28

297704585v.1

1

## **CERTIFICATE OF SERVICE**

2          Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ,

3   EDELMAN & DICKER LLP and that on this 6th day of June 2024, a true and correct copy of the

4   foregoing **SURREPLY TO PLAINTIFF'S OPPOSITION TO DISH'S MOTION TO SEVER**

5   as follows:

6
          ☐          by placing same to be deposited for mailing in the United States Mail, in a sealed
7                    envelope upon which first class postage was prepaid in Las Vegas, Nevada;

8          ☒          via electronic means by operation of the Court's electronic filing system, upon
9                    each party in this case who is registered as an electronic case filing user with the
                     Clerk;
10
          ☐          via hand-delivery to the addressees listed below;
11

12         ☐          via facsimile;

13         ☐          by transmitting via email the document listed above to the email address set forth
                     below on this date before 5:00 p.m.
14

15

16                                        BY /s/ Jillian M. Forrest
17                                           An Employee of
                                             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKE
18

19

20

21

22

23

24

25

26

27

28

– 4 –