UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Krysta Tremko,

                Plaintiff(s),

vs.

Capital Bank, et al.,

                Defendant(s).

2:24-cv-00307-APG-MDC

**ORDER ON STIPULATION AND SEVERANCE**

      Pending before the Court are *Joint Motions for Protective Order* (ECF Nos. 85, 86). The Court GRANTS the *Joint Motion* (ECF No. 85) but DENIES the *Joint Motion* (ECF No. 86).

      Defendant Dish Network, LLC was severed from this action with assigned case number 24-cv-00307-APG-MDC. Thus, Dish Network, LLC is no longer a party to the above-captioned action. If plaintiff wishes to proceed against Dish Network, LLC, she must file a new action. Any applicable statute of limitations will be held in abeyance until July 31, 2024, to allow plaintiff to file a new action against Dish Network, LLC.

      ACCORDINGLY,

      **IT IS ORDERED that:**

    1. The *Joint Motion for Protective Order* (ECF No. 85) is GRANTED.

    2. The *Joint Motion for Protective Order* (ECF No. 86) is DENIED.

      DATED this 16th day of July 2024.

      IT IS SO ORDERED.

                                                      Hon. Maximiliano D. Couvillier III
                                                      United States Magistrate Judge