J Christopher Jorgensen
Nevada Bar No. 5382
Brittni A. Tanenbaum
Nevada Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398
CJorgensen@lewisroca.com
BTanenbaum@lewisroca.com

*Attorneys for Defendant Synchrony Bank*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>             Plaintiff,<br><br>v.<br><br>CAPITAL BANK; CHEX SYSTEMS, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; DISH NETWORK L.L.C.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FACTOR TRUST, INC.; KOHL'S / CAPONE; MASON COMPANIES INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>             Defendants. | Case No.: 2:24-cv-00307-APG-MDC<br><br>**STIPULATION OF DISMISSAL OF SYNCHRONY BANK WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Krysta Tremko and Defendant Synchrony Bank, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of Plaintiff's claims against Synchrony Bank with prejudice and

/ / /

/ / /

/ / /

/ / /

126671692.1

with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of November, 2024.

| | |
|---|---|
| */s/ Brittni A. Tanenbaum* | */s/ Miles N. Clark* |
| J Christopher Jorgensen, Esq. | Miles N. Clark, Esq. |
| Brittni A. Tanenbaum, Esq. | Law Offices of Miles N. Clark, LLC |
| Lewis Roca Rothgerber Christie LLP | 5510 S. Fort Apache Rd., Suite 30 |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, NV 89148 |
| Las Vegas, NV 89169 | Tel: (702) 856-7430 |
| Tel: (702) 949-8200 | Email: miles@milesclarklw.com |
| Email: cjorgensen@lewisroca.com | |
| Email: btanenbaum@lewisroca.com | *Attorneys for Plaintiff Krysta Tremko* |

*Attorneys for Defendant Synchrony Bank*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2024