Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Krysta Tremko*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTA TREMKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACTOR TRUST, INC.; SYNCHRONY BANK; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 2:24-cv-00307-APG-MDC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF FACTOR TRUST, INC.; AND TRANS UNION LLC, WITH PREJUDICE**<br><br>Complaint filed: February 13, 2024<br><br>Assigned to Hon. Judge Andrew P. Gordon |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff KRYSTA TREMKO ("Plaintiff") and FACTOR TRUST, INC. ("Factor Trust"); and TRANS UNION LLC ("Trans Union") to be determined by this Court. Plaintiff and Chex hereby stipulate that all claims and causes of action that were or could have been asserted against Factor Trust and Trans Union are hereby dismissed with prejudice, with each side to bear its own fees

//

and costs.

**IT IS SO STIPULATED.**
DATED: November 15, 2024.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **SKANE MILLS LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Sarai L. Thornton* |
| Miles N. Clark, Esq. | Sarai L. Thornton, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 11067 |
| 5510 So. Fort Apache Rd, Suite 30 | sthornton@skanemills.com |
| Las Vegas, NV 89148 | 1120 Town Center Drive, Suite 200 |
| Email: miles@milesclarklaw.com | Las Vegas, Nevada 89144 |
| Phone: (702) 856-7430 | Phone: (702) 363-2535 |
| | Fax: (702) 363-2534 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Krysta Tremko* | *Trans Union LLC and Factor Trust, Inc.* |
| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | |
| /s/ *J. Christopher Jorgensen* | |
| J. Christopher Jorgensen, Esq. | |
| Nevada Bar No. 5382 | |
| Brittni A. Tanenbaum, Esq. | |
| Nevada Bar No. 16013 | |
| 3993 Howard Hughes Parkway, Suite 600 | |
| Las Vegas, NV 89169 | |
| Phone: (702) 949-8200 | |
| Fax: (702) 949-8398 | |
| Email: CJorgensen@lewisroca.com | |
| Email: BTanenbaum@lewisroca.com | |
| *Counsel for Defendant* | |
| *Synchrony Bank* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF FACTOR TRUST, INC.; AND TRANS UNION LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED:   November 18, 2024

_____
U.S. DISTRICT COURT JUDGE

*Tremko v. Capital Bank, N.A., et al*
*Case No. 2:24-cv-00307-APG-MDC*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com